IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT FRASER,

     Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND EAST
COAST RESTAURANTS,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4584

Opinion filed August 9, 2016.

An appeal from an order from the Reemployment Assistance Appeals
Commission.
Frank E. Brown, Chairman.

Robert Fraser, pro se.

Norman A. Blessing, General Counsel, Amanda L. Neff, Executive Senior Attorney,
Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.